# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Jason Alan Johnson <br> *Plaintiff* <br> v. <br> Freddie Arwood, Chaplin Lovingood <br> *Defendant* | ) <br> ) <br> )  Civil Action No.  4:12-cv-19-MGL <br> ) <br> ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is DISMISSED with prejudice pursuant to Fed. R. Civ. Proc. 41(b).

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary G. Lewis, United States District Judge. The court accepts the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:  October 2, 2012

                                                      s/Debbie Stokes <br>
                                                      Signature of Deputy Clerk